**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Joel ESPINOZA, Defendant-Appellant.**

**No. 16-50381**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted July 13, 2017 *

Filed July 17, 2017

Andrew Richard Haden, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, Colin M. McDonald, Assistant U.S. Attorney, US Department of Justice, Southern District of California, San Diego, CA, for Plaintiff-Appellee

Joel Espinoza, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Joel Espinoza appeals from the district court's judgment and challenges his 120-month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Espinoza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Espinoza has filed a pro se supplemental brief. The United States has filed a motion to dismiss the appeal.

Espinoza has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

However, the judgment does not accurately reflect the statute of conviction. We remand to the district court with instructions to correct the judgment to reflect that the conviction is for a violation of 21 U.S.C. § 841. *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to correct the judgment).

Counsel's motion to withdraw as counsel is **GRANTED**.

The motion to dismiss the appeal is **GRANTED**.

**DISMISSED; REMANDED** to correct the judgment.